JORDAN ETH (BAR NO. 121617)
jeth@mofo.com
PHILIP BESIROF (BAR NO. 185053)
pbesirof@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone:  415.268.7000
Facsimile:   415.268.7522

Attorneys for Plaintiff
JMP SECURITIES LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JMP SECURITIES LLC,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>ALTAIR NANOTECHNOLOGIES INC.,<br>　　　　　　Defendant. | Case No.　3:11-cv-04498 SC<br><br>**JOINT STIPULATION TO DISMISS WITHOUT PREJUDICE**<br><br>Judge: Hon. Samuel Conti<br>Complaint Filed: September 9, 2011 |

WHEREAS, on September 9, 2011, Plaintiff JMP Securities LLC ("JMP") filed a complaint in the United States District Court for the Northern District of California against Defendant Altair Nanotechnologies LLC ("Altair") alleging claims for breach of contract, promissory estoppel, fraud, and negligent misrepresentation (the "Complaint");

WHEREAS, on July 23, 2011, the Court dismissed JMP's claims for promissory estoppel, fraud, and negligent misrepresentation;

WHEREAS, JMP and Altair (collectively "Parties") desire to avoid the distraction and expense of continuing to pursue or defend the action;

WHEREAS, the Parties have reached an agreement to settle all remaining claims that have been asserted in this action and those that could have been asserted;

WHEREAS, each party shall bear its own costs and attorneys' fees in this action;

NOW, THEREFORE, pursuant to Federal Rule of Civil Procedure 41(a), the Parties respectfully request that all claims in the Complaint be DISMISSED WITHOUT PREJUDICE.

**IT IS SO STIPULATED.**

Dated: November 6, 2012

MORRISON & FOERSTER LLP

/s/ *Philip T. Besirof*
Jordan Eth
Philip T. Besirof
Attorneys for Plaintiff

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Samuel Conti, 11/7/12]

PARR BROWN GEE & LOVELESS

/s/ *David C. Reymann* (with permission)
Jeffrey J. Hunt
David C. Reymann
Michael S. Anderson
Attorneys for Defendant

JOINT STIPULATION TO DISMISS WITHOUT PREJUDICE
CASE NO. C-11-4498 SC
sf-3198895

1

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1**

I, Philip T. Besirof, am the ECF User whose ID and password are being used to file this Joint Stipulation to Dismiss Without Prejudice. In compliance with Civil Local Rule 5-1, I hereby attest that David C. Reymann concurs in this filing.

Dated: November 6, 2012

                                        MORRISON & FOERSTER LLP

                                            /s/ *Philip T. Besirof*
                                              Philip T. Besirof